# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRISTAS AMBATS**, *et al.*, : | **CIVIL ACTION NO. 1:09-CV-1763** |
| **Plaintiffs** : | **(Judge Conner)** |
| v. : | |
| **MICHAEL J. SHURINA**, : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 13th day of August, 2010, upon consideration of the stipulation (Doc. 16), filed jointly by the parties, and it appearing that plaintiff Maris Ambats has agreed not to "make a claim for lost wages or impairment of future earning capacity at the time of trial," (id.), it is hereby ORDERED that the stipulation (Doc. 16) of the parties is ADOPTED. Plaintiff Maris Ambats shall be precluded from asserting a claim for lost wages or impairment of future earning capacity at the time of trial.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge